IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-cr-40004-JPG |
| ) | |
| JEREMIAH N. GARRETT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Jeremiah N. Garrett's second motion for free copies of certain documents in his file (Doc. 41). For this reason stated in the Court's February 28, 2014, order (Doc. 40) denying Garrett's first motion for free copies, the Court **DENIES** his second motion **without prejudice** (Doc. 41).

**IT IS SO ORDERED.**
**DATED:   March 19, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**